AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf of Themselves and All Others Similarly Situated,

V.

THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-3652

JUDGE JONES

TO: (Name and address of Defendant)

THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA
101 Montgomery Street,
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel W. Krasner, Robert B. Weintraub
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _thirty (30)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 1 6 2008

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 4/18/08 |

NAME OF SERVER (PRINT): Robert B. Weintraub    TITLE: Of Counsel, Wolf Haldenstein for plaintiffs.

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Pursuant to written agreement with Morrison & Foerster

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/28/08

Signature of Server: Robert B. Weintraub

Address of Server: Wolf Haldenstein for plaintiffs, 270 Madison Ave NY NY 10016.

(by Stuart C. Plunkett, Esq., counsel for all defendants other than Schwab Investments, service was effected by e-mail and constituted good service as of April 18, 2008. See attached email from defendants' counsel. Robert B. Weintraub 4/28/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.