USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hugh John Tully and Penelope Carol Tully, et al
                    Plaintiffs,

                                                        ORDER OF REFERENCE
                                                        TO A MAGISTRATE JUDGE

        -against-
                                                        08 Civ. 3652(BSJ) (MHD)

The Charles Schwab Corp., et al
                    Defendants.
------------------------------------------------------------X

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

_X__   General Pretrial (includes scheduling,          ___   Consent under 28 U.S.C. §636(c) for all
       discovery, non-dispositive pretrial motions,          purposes (including trial)
       and settlement)

___    Specific Non-Dispositive Motion/Dispute:*       ___   Consent under 28 U.S.C.§636(c) for
                                                             limited purpose (e.g., dispositive motion,
                                                             preliminary injunction)
       _____

       _____                  Purpose:_____

       If referral is for discovery disputes when
       the District Judge is unavailable, the time     ___   Habeas Corpus
       period of the referral:_____

                                                       ___   Social Security

___    Settlement*

                                                       ___   Dispositive Motion (i.e., motion requiring
                                                             a Report and Recommendation)
___    Inquest After Default/Damages Hearing

                                                             Particular Motion:_____

                                                             _____

                                                             All such motions: ____

_____
* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York                        _____
                                                 United States District Judge
                                                        5/5/08