IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. 08-CV-3652 (BSJ)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel to defendants The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., and Schwab Investments, state as follows:

1. The Charles Schwab Corporation is the parent corporation of Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., and Schwab Investments.

2. The Charles Schwab Corporation is a publicly traded company. No publicly held corporation owns 10% or more of the stock of The Charles Schwab Corporation.

Dated: May 6, 2008         MORRISON & FOERSTER LLP

ny-812738

      /s Matthew D'Amore
Matthew D'Amore (*mdamore@mofo.com*)
1290 Avenue of the Americas
New York, NY 10104
Tel.: (212) 468-8000
Fax: (212) 468-7900

Darryl P. Rains (*drains@mofo.com*)
Thomas R. Plummer (*tplummer@mofo.com*)
755 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 813-5600
Fax: (650) 494-0792

Craig D. Martin (*cmartin@mofo.com*)
Stuart C. Plunkett (*splunkett@mofo.com*)
Kevin A. Calia (*kcalia@mofo.com*)
425 Market Street
San Francisco, California 94105
Tel.: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira*