Jones/J

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. 08-CV-3652 (BSJ)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

WHEREAS, this action was filed on April 16, 2008, asserting claims against defendants under Section 11, Section 12(a) and Section 15 of the Securities Act of 1933;

WHEREAS, seven other actions have been filed since March 18, 2008, involving identical claims and substantially overlapping parties and those actions are pending in the United States District Courts for the Northern District of California and the District of Massachusetts;

WHEREAS, the parties understand that all of these actions will be consolidated into a single action, after which a lead plaintiff will be designated and a consolidated complaint will be filed;

WHEREAS, the parties agree that defendants should respond only to the consolidated complaint filed by lead plaintiff and not to the individual complaints in the related actions;

WHEREAS, defendants' response date in this action is currently May 8, 2008, and this is the first request made for an extension of time; and

ny-811963

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

WHEREAS, the parties agree that, by entering into this stipulation, defendants have not waived any objection they may have with respect to personal jurisdiction in this Court or in any court in which one of the related actions is pending,

THEREFORE THE PARTIES HERETO AGREE AND STIPULATE, through their respective counsel of record, that defendants' time to respond to the complaint in this action shall be extended until 30 days after the service of a consolidated complaint by lead plaintiff.

SO STIPULATED.

Dated: May 7, 2008

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

*Robert B. Weintraub / by mwl*

Daniel W. Krasner (DK 6381)
(*krasner@whafh.com*)
Robert B. Weintraub (RW 2897)
(*weintraub@whafh.com*)
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

*Attorneys for Plaintiffs Hugh John Tully and Penelope Carol Tully*

Dated: May 2, 2008

MORRISON & FOERSTER LLP

*Matthew D'Amore*

Matthew D'Amore (MD 8229)
(*mdamore@mofo.com*)
1290 Avenue of the Americas
New York, NY 10104
Tel.: (212) 468-8000
Fax: (212) 468-7900

Darryl P. Rains (*drains@mofo.com*)
Thomas R. Plummer (*tplummer@mofo.com*)
755 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 813-5600
Fax: (650) 494-0792

- 2 -

ny-811963

Craig D. Martin (*cmartin@mofo.com*)
Stuart C. Plunkett (*splunkett@mofo.com*)
Kevin A. Calia (*kcalia@mofo.com*)
425 Market Street
San Francisco, California 94105
Tel.: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira*

SO ORDERED:

/s/ Barbara S. Jones
Barbara S. Jones, U.S.D.J.
5/8/08

- 3 -