UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                       :
HUGH JOHN TULLY and PENELOPE CAROL                                     :  Case No. 08-CV-3652 (BSJ) (MHD)
TULLY, on behalf of themselves and all others                          :
similarly situated,                                                    :
                                                                       :
                        Plaintiffs,                                :
                                                                       :
       -against-                                                    :  **DEFENDANTS' NOTICE OF**
                                                                       :  **MOTION TO TRANSFER TO**
THE CHARLES SCHWAB CORPORATION,                                        :  **THE NORTHERN DISTRICT OF**
SCHWAB INVESTMENTS, CHARLES SCHWAB                                     :  **CALIFORNIA**
& CO. INC., CHARLES SCHWAB INVESTMENT                                  :
MANAGEMENT, INC., CHARLES R. SCHWAB,                                   :
EVELYN DILSAVER, RANDALL W. MERK and                                   :
GEORGE PEREIRA,                                                        :
                                                                       :
                        Defendants.                               :
---------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer to the Northern District of California, the Declaration of Stuart C. Plunkett in Support of Defendants' Motion to Transfer Action to the Northern District of California, and upon all prior proceedings had herein, defendants The Charles Schwab Corporation, Schwab Investments, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira, by and through their attorneys, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, hereby move the Court, before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Room 620, New York, New York 10007, for an order transferring this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

Dated: New York, New York
       May 13, 2008

                    MORRISON & FOERSTER LLP


                    By: /s Matthew M. D'Amore
Matthew M. D'Amore
(*mdamore@mofo.com*)
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

Darryl P. Rains (*drains@mofo.com*)
Thomas R. Plummer (*tplummer@mofo.com*)
755 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 813-5600
Fax: (650) 494-0792

Craig D. Martin (*cmartin@mofo.com*)
Stuart C. Plunkett (*splunkett@mofo.com*)
Kevin A. Calia (*kcalia@mofo.com*)
425 Market Street
San Francisco, CA 94105
Tel.: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Schwab Investments, Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk and George Pereira*

TO:

Daniel W. Krasner
(*krasner@whafh.com*)
Robert B. Weintraub
(*weintraub@whafh.com*)
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

*Attorneys for Plaintiffs Hugh John Tully and
Penelope Carol Tully*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>           -against-<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARELS SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, andGEORGE PEREIRA,<br><br>                Defendants. | Case No.  08-CV-3652 (BSJ)(MHD)<br><br>**CERTIFICATE OF SERVICE** |

      I, Matthew M. D'Amore, hereby certify that on Tuesday, May 13, 2008, true and correct copies of the attached documents, in the above captioned proceeding, were served electronically in accordance with the Federal Rules of Civil Procedure and the SDNY Procedures for Electronic Case Filing, upon:

                Daniel W. Krasner (*krasner@whafh.com)*
                Robert B. Weintraub (*weintraub@whafh.com*)
                Wolf Haldenstein Adler Freeman & Herz LLP
                270 Madison Avenue
                New York, New York 10016

Dated: May 13, 2008
       New York, New York

                MORRISON & FOERSTER LLP

            By:  _/s Matthew M. D'Amore_____
                    Matthew M. D'Amore
                    (*mdamore@mofo.com*)
                    1221 Avenue of the Americas
                     New York, New York 10020
                    Tel: (212) 468-8000
                    Fax: (212) 468-7900