UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA<br><br>Defendants. | Case No. 08-cv-3652 (BSJ) (MHD) |

**FIRST-FILED PLAINTIFF MIKE LABINS JOINDER IN DEFENDANTS' MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff, Mike Labins, filed the first complaint in a series of substantially identical cases against the above named defendants on March 18, 2008 in the Northern District of California. Since that time, seven additional cases have been filed including this case. First-filed plaintiff, Mr. Labins, respectfully joins in the motion to transfer this case to the Northern District of California. Mr. Labins agrees that this matter should be transferred to the Northern District of California where the majority of the related cases are on file, the bulk of the witnesses and evidence are located and where Mr. Labins filed the first case.

Dated: May 15, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ David S. Nalven
   DAVID S. NALVEN

One Main Street, 4th Floor
Cambridge, MA 02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
davidn@hbsslaw.com

- 1 -

- 2 -

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Counsel for Plaintiff Mike Labins

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA<br><br>Defendants. | Case No. 08-cv-3652 (BSJ) (MHD)<br><br>CERTIFICATE OF SERVICE |

I, David S. Nalven, hereby certify that on Thursday, May 15, 2008, true and correct copies of the attached document, in the above-captioned proceeding, were served electronically in accordance with the Federal Rules of Civil Procedure and the S.D.N.Y. Procedures for Electronic Case filing, upon:

Daniel W. Krasner (krasner@whafh.com)
Robert B. Weintraub (weintraub@whafh.com)
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Matthew M. D'Amore (mdamore@mofo.com)
Morrison & Foerster LLP
1221 Avenue of the Americas
New York, NY 10020

Dated: May 15, 2008                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____/s/ David S. Nalven_____
         DAVID S. NALVEN

One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
davidn@hbsslaw.com

- 1 -

010036-12 239921 V1