UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 08-cv-3652 (BSJ) (MHD)<br><br>NOTICE OF FILING |

　　　　Please take notice that on May 16, 2008, in the United States District Court for the Northern District of California, the YieldPlus Investor Group filed a motion to consolidate, to appoint the YieldPlus Investor Group as Lead Plaintiff and to approve the Proposed Lead Plaintiff's selection of counsel.

Dated: May 16, 2008　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/ David S. Nalven
　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID S. NALVEN

　　　　　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA 02142
　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003
　　　　　　　　　　　　　　　　　　　　　　davidn@hbsslaw.com

　　　　　　　　　　　　　　　　　　　　　　Steve Berman
　　　　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO, LLP
　　　　　　　　　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594
　　　　　　　　　　　　　　　　　　　　　　steve@hbsslaw.com

- 2 -

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Counsel for Lead Plaintiff Movant
The YieldPlus Investor Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on Behalf Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA<br><br>Defendants. | Case No. 08-cv-3652 (BSJ) (MHD)<br><br>CERTIFICATE OF SERVICE |

I, David S. Nalven, hereby certify that on Thursday, May 16, 2008, true and correct copies of the attached document, in the above-captioned proceeding, were served electronically in accordance with the Federal Rules of Civil Procedure and the S.D.N.Y. Procedures for Electronic Case filing, upon:

Daniel W. Krasner (krasner@whafh.com)
Robert B. Weintraub (weintraub@whafh.com)
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Matthew M. D'Amore (mdamore@mofo.com)
Morrison & Foerster LLP
1221 Avenue of the Americas
New York, NY 10020

Dated: May 16, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/ David S. Nalven
         DAVID S. NALVEN

One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
davidn@hbsslaw.com

- 3 -