UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
HUGH JOHN TULLY, et al., On Behalf of        : Civil Action No. 1:08-cv-03652-BSJ-MHD
Themselves and All Others Similarly Situated, :
                                             : CLASS ACTION
                    Plaintiffs,              :
                                             : NOTICE OF FILING
      vs.                                    :
                                             :
THE CHARLES SCHWAB CORPORATION, :
et al.,                                      :
                                             :
                    Defendants.              :
———————————————————— x

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

Currently, there are four related actions pending in three different jurisdictions: (i) one action pending in this Court; (ii) two actions pending in the District of Massachusetts; and (iii) one action pending in the Northern District of California (collectively, the "Actions").  The Actions are brought on behalf of all those who purchased or otherwise acquired Schwab YieldPlus Funds Investor Shares or Schwab YieldPlus Funds Select Shares (collectively, the "YieldPlus Shares") from The Charles Schwab Corporation ("Charles Schwab" or the "Company") between March 17, 2005 and March 28, 2008, inclusive (the "Class Period") and allege violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act") (15 U.S.C. §§77k, 77l(a)(2) and 77o), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

Class members Garfield Peate, Mark Verge and Malkit Singh, Power of Attorney for Jameet K. Singh (collectively, the "Peate Group"), by their counsel, hereby notify this Court that they have made a motion for appointment as Lead Plaintiff under Section 27 of the Securities Act; and approval of their selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") and Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway") as Lead Counsel in the District of Massachusetts and in the Northern District of California.

DATED:  May 19, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH
MARIO ALBA JR.

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
SEAN M. HANDLER
STEVEN D. RESNICK
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

DYER & BERENS LLP
JEFFREY A. BERENS
682 Grant Street
Denver, CO 80203-3507
Telephone: 303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Mario Alba, Jr.*
Mario Alba, Jr.

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:MAlba@csgrr.com

CHARLES SCHWAB YIELDPLUS (NY)

Service List - 5/19/2008    (08-0087N)

Page 1 of 2

**Counsel For Defendant(s)**

Darryl P. Rains
Thomas R. Plummer
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
   650/813-5600
   650/494-0792 (Fax)

Craig D. Martin
Stuart C. Plunkett
Kevin A. Calia
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)

Matthew D'Amore
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

John Paul Fulco
Salon, Marrow, Dyckman & Newman LLP
292 Madison Avenue
New York, NY  10017
   212/661-7100

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO  80203-1764
   303/861-1764
   303/395-0393 (Fax)

Sean M. Handler
Steven D. Resnick
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

CHARLES SCHWAB YIELDPLUS (NY)

Service List - 5/19/2008    (08-0087N)

Page 2 of 2

Daniel W. Krasner
Robert B. Weintraub
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653(Fax)