Jones, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH JOHN TULLY and PENELOPE CAROL TULLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. 08-CV-3652 (BSJ)(MHD)<br><br>STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA |

WHEREAS, this action was filed on April 16, 2008, asserting claims against defendants under Section 11, Section 12(a) and Section 15 of the Securities Act of 1933;

WHEREAS, seven other actions have been filed since March 18, 2008, involving identical claims and substantially overlapping parties and those actions are pending in the United States District Courts for the Northern District of California and the District of Massachusetts;

WHEREAS, on May 13, 2008, defendants moved this Court for an Order, pursuant to 28 U.S.C. § 1404(a), transferring this action to the United States District Court for the Northern District of California;

WHEREAS, plaintiffs have agreed to stipulate to the transfer of this action to the Northern District of California;

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-captioned action, that pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Northern District of California.

SO STIPULATED.

Dated: May 30, 2008

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Daniel W. Krasner (DK 6381)
(*krasner@whafh.com*)
Robert B. Weintraub (RW 2897)
(*weintraub@whafh.com*)
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

*Attorneys for Plaintiffs Hugh John Tully and Penelope Carol Tully*

Dated: May 30, 2008

MORRISON & FOERSTER LLP

Matthew D'Amore (MD 8229)
(*mdamore@mofo.com*)
1290 Avenue of the Americas
New York, NY 10104
Tel.: (212) 468-8000
Fax: (212) 468-7900

Darryl P. Rains (*drains@mofo.com*)
Thomas R. Plummer (*tplummer@mofo.com*)
755 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 813-5600
Fax: (650) 494-0792

Craig D. Martin (*cmartin@mofo.com*)
Stuart C. Plunkett (*splunkett@mofo.com*)
Kevin A. Calia (*kcalia@mofo.com*)
425 Market Street
San Francisco, California 94105

Tel.: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Defendants The Charles Schwab
Corporation, Charles Schwab & Co. Inc., Charles
Schwab Investment Management, Inc., Schwab
Investments, Charles R. Schwab, Evelyn Dilsaver,
Randall W. Merk and George Pereira*

The Court finds that venue would be proper in the Northern District of California, that a transfer would serve the convenience of the parties & witnesses, and that a transfer would promote the interest of justice

SO ORDERED:

*[signature]*
Barbara S. Jones, U.S.D.J.
6/3/08

- 3 -