UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————— x

HUGH JOHN TULLY, et al., On Behalf of     :     Civil Action No. 1:08-cv-03652-BSJ-MHD
Themselves and All Others Similarly Situated,   :
                                           :     CLASS ACTION
                        Plaintiffs,        :
                                           :     NOTICE
            vs.                            :
                                           :
THE CHARLES SCHWAB CORPORATION,            :
et al.,                                    :
                                           :
                        Defendants.        :
                                           :
———————————————— x

TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members Garfield Peate, Mark Verge and Malkit Singh,

Power of Attorney for Jameet K. Singh (collectively, the "Peate Group"), by their counsel, will file

their opposition to the competing motions in the actions pending in the Northern District of

California, where the vast majority of cases are pending.

DATED:  June 6, 2008                COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SAMUEL H. RUDMAN
                                    DAVID A. ROSENFELD
                                    MARK S. REICH
                                    MARIO ALBA JR.


                                              /s/ *Mario Alba Jr.*
                                    MARIO ALBA JR.

                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)

                                    SCHIFFRIN BARROWAY TOPAZ
                                      & KESSLER, LLP
                                    SEAN M. HANDLER
                                    STEVEN D. RESNICK
                                    280 King of Prussia Road
                                    Radnor, PA  19087
                                    Telephone:  610/667-7706
                                    610/667-7056 (fax)

                                    [Proposed] Co-Lead Counsel for Plaintiffs

                                    DYER & BERENS LLP
                                    JEFFREY A. BERENS
                                    682 Grant Street
                                    Denver, CO  80203-3507
                                    Telephone:  303/861-1764
                                    303/395-0393 (fax)

                                    Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on June 6, 2008, I caused a true and correct copy of the attached:

Notice

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Mario Alba Jr.*
Mario Alba Jr.

CHARLES SCHWAB YIELDPLUS (NY)

Service List - 5/19/2008    (08-0087N)

Page 1 of  2

**Counsel For Defendant(s)**

Darryl P. Rains
Thomas R. Plummer
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
   650/813-5600
   650/494-0792 (Fax)

Matthew  D'Amore
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050
   212/468-8000
   212/468-7900 (Fax)

Craig D. Martin
Stuart C. Plunkett
Kevin A. Calia
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO  80203-1764
   303/861-1764
   303/395-0393 (Fax)

John Paul Fulco
Salon, Marrow, Dyckman & Newman LLP
292 Madison Avenue
New York, NY  10017
   212/661-7100

Sean M. Handler
Steven D. Resnick
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

CHARLES SCHWAB YIELDPLUS (NY)

Service List - 5/19/2008    (08-0087N)

Page 2 of  2

Daniel W. Krasner
Robert B. Weintraub

Wolf Haldenstein Adler Freeman & Herz, LLP

270 Madison Avenue

New York, NY  10016

    212/545-4600
    212/545-4653 (Fax)